## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| JAMES JOSEPH BRIAN GRAY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-63 |
| v. | |
| OFFICER ERIC WINGFIELD, et al., in their individual and official capacities, | |
| Defendants. | |

### O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14). Plaintiff did not file Objections to the Report and Recommendation. In fact, the Report and Recommendation was returned to the Court as undeliverable, with the notations: "Return to Sender, Released." (Doc. 15.)[1]

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 17th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In addition, Plaintiff was advised to inform the Court of any change in address in writing and was warned his failure to do so would result in the dismissal of his case. (Doc. 5, p. 3.)