AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES JOSEPH BRIAN GRAY,

    Plaintiff,

v.

OFFICER ERIC WINGFIELD, et al., in their individual and official capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-63

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 17, 2020, adopting the Report and Recommendation of the United States Magistrate Judge, judgment is hereby entered dismissing Plaintiff's complaint. This case stands closed.

Approved by: _____

December 21, 2020
Date

John E. Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03